# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL H. ARNOLD, et al., | : |
| Plaintiffs, | : |
| v. | : No. 4:16-cv-01345-MWB |
| CHESAPEAKE ENERGY CORPORATION, et al., | : |
| Defendants. | : |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Kathryn E. Deal on behalf of Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, Inc., and Chesapeake Operating, L.L.C. in the above referenced action.

Dated: January 23, 2020.
/s/ Kathryn E. Deal
Kathryn E. Deal
PA Attorney ID No. 93891
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square, Suite 4100
Philadelphia, Pennsylvania 19103
Phone: 215-965-1219
Email: kdeal@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2020, I caused the foregoing Withdrawal of Appearance to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

/s/ Kathryn E. Deal
Kathryn E. Deal